IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case No. 2:16-mj-257 |
| **Plaintiff,** : | |
| : | |
| v. : | Judge King |
| : | |
| Abdi Mohammed, : | |
| : | |
| : | |
| **Defendants.** | |

## MOTION FOR RETURN OF PASSPORT

NOW COMES the Defendant, Abdi Mohammed, by and through his counsel, Isabella Dixon, and respectfully an order from this Court directing the Clerk of Courts to return his passport. On or about May 13, 2016, a criminal complaint was filed in the Northern District of Texas charging him with violating 18 U.S.C. Section1028(a)(1) and (f). Mr. Mohammed was arrested in the Southern District of Ohio pursuant to that complaint. As a condition of release, Mr. Mohammed was required to surrender his passport, which he did.

The complaint against Mr. Mohammed has been dismissed. There are no charges pending against Mr. Mohammed. Mr. Mohammed respectfully requests this Court to issue an order for the immediate return of his passport.

                                           Respectfully submitted,

                                           /s/ Isabella Dixon
                                           Isabella Dixon, Esq. (#0039650)
                                           Counsel for Defendant
                                           98 Hamilton Park
                                           Columbus, Ohio 43203
                                           (614) 732-5390
                                           ithomas229@gmail.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2016, the foregoing motion was filed with the clerk of the Court using the ECF system, which will send notification to all counsel of record.

/s/ Isabella Dixon
Isabella Dixon, Esq.
Counsel for Defendant